# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: CONDEMNATION OF LAND AT REAR OF 700 SUMMIT AVENUE JENKINTOWN PENNSYLVANIA

PETITION OF: BOROUGH OF JENKINTOWN

: No. 549 MAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.